■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARDNER SOTO, Appellant. [652 NYS2d 989] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered July 12, 1995, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The reasons proffered by the prosecutor for excusing two women were gender-neutral on their face. The trial court then adequately articulated its reasoning for overruling the *Batson* objection *(see, Batson v Kentucky,* 476 US 79). Since the defendant did not meet his "ultimate and unalterable burden of persuasion" that the reasons proffered by the prosecutor were merely pretextual *(People v Payne,* 88 NY2d 172, 183; *People v Moore,* 231 AD2d 532), he failed to show any *Batson* violation. Rosenblatt, J. P., Sullivan, Altman and Goldstein, JJ., concur.